# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMEL COHEN, | Civil No. 3:15-cv-285 |
| Petitioner | (Judge Mariani) |
| v. | |
| CAPTAIN S. SPAULDING, WARDEN, | |
| Respondent | |

## ORDER

**AND NOW**, this 21st day of October, 2016, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **DISMISS** the United States of America as a party to this action.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge